UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 23-cr-303 (DSD/DJF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) ORDER OF DETENTION |
| JON COURTNEY LATOURELL, | ) |
| Defendant. | ) |

This matter came before the Court on July 16, 2024, on the government's motion for detention. The defendant, Jon Courtney Latourell, was present and represented by Craig Cascarano, Esq. The United States was represented by Assistant United States Attorney Thomas M. Hollenhorst. For the reasons that follow, the Court grants the government's motion for detention.

## FINDINGS OF FACT

1. On September 27, 2023, the defendant was charged in the Indictment with possession with the intent to distribute 50 grams or more of actual methamphetamine (Count 1), and possession with the intent to distribute 50 grams or more of actual methamphetamine and 40 grams or more of fentanyl (Count 2), both in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). Doc. 1. Both counts are Controlled Substance Act offenses that carry maximum terms of imprisonment of more than 10 years. *See* 21 U.S.C. § 841(b)(1)(A).

2. The defendant has a serious criminal record, which includes two prior federal drug convictions.

3. The defendant waived the detention hearing.

## CONCLUSIONS OF LAW

1. Because the defendant is charged with offenses under the Controlled Substances Act which have maximum terms of imprisonment of 10 years or more, this creates a rebuttable presumption that no condition or combination of conditions will reasonably ensure the defendant's appearance in court and the safety of the community. *See* 18 U.S.C. § 3142(e)(3).

2. After consideration of the factors under 18 U.S.C. § 3142(g), the presumption of detention, the allegations of the Indictment, and the defendant's waiver of the detention hearing, the Court concludes by a preponderance of the evidence that no condition or combination of conditions of release would reasonably assure the defendant's appearance at further Court proceedings, and by clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community if the defendant is released pending trial. For the foregoing reasons, IT IS HEREBY ORDERED that:

1. The motion of the United States for detention is granted;

2. The defendant is committed to the custody of the Attorney General;

3. The defendant shall be afforded reasonable opportunity to consult privately with counsel; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearance in connection with further court proceedings.

Dated: July 22, 2024

<u>s/David T. Schultz</u>
David T. Schultz
United States Magistrate Judge