**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | Case No. 23-cr-303 (DSD/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Jon Courtney Latourell, | |
| Defendant. | |

---

This matter is before the Court on the Government's Motion for Discovery (ECF No. 5). The Government seeks discovery and disclosure as required by Rules 12.1, 12.2, 12.3, 16(b) and 26.2 of the Federal Rules of Criminal Procedure. The Government's motion is **GRANTED** insofar as Mr. Latourell shall provide discovery to the extent required by the applicable Rules. With respect to expert discovery pursuant to Rules 16(a)(1)(G) and 16(b)(1)(C), the following deadlines shall apply:

    a. Initial expert disclosures: 28 days prior to trial.

    b. Rebuttal expert disclosures: 14 days prior to trial.

    **SO ORDERED.**

Dated: August 19, 2024                          *s/ Dulce J. Foster*
                                                                       Dulce J. Foster
                                                                       United States Magistrate Judge